**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: METRO RETIREMENT PLANNING SERVICES § Case No. 07-05824-JHS
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on April 02, 2007. The undersigned trustee was appointed on April 02, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of            $        36,907.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 106.93 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    36,800.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 10/12/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,440.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,440.78, for a total compensation of $4,440.78. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $290.03, for total expenses of $290.03.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/01/2009          By:/s/ALEX D. MOGLIA
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-05824-JHS  **Trustee:** (330260) ALEX D. MOGLIA
**Case Name:** METRO RETIREMENT PLANNING SERVICES  **Filed (f) or Converted (c):** 04/02/07 (c)
**§341(a) Meeting Date:** 10/23/01
**Period Ending:** 12/01/09  **Claims Bar Date:** 10/12/07

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 14,000.00 | 14,000.00 | | 27,497.36 | FA |
| 2 | SECURITY DEPOSITS | 1,450.00 | 1,450.00 | DA | 0.00 | 0.00 |
| 3 | CREDIT BALANCE FROM AT&T | 860.80 | 0.00 | DA | 0.00 | 0.00 |
| 4 | RESIDUAL INSURANCE COMMISSIONS - JOHN HANCOCK | 0.00 | Unknown | | 1,550.52 | FA |
| 5 | MISC COMPUTER EQUIPMENT | 0.00 | Unknown | DA | 0.00 | Unknown |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 0.00 | Unknown | DA | 0.00 | Unknown |
| 7 | Residual Insurance Commission - CNA | 0.00 | Unknown | | 2,090.32 | FA |
| 8 | Residual Insurance Commission - Med America Ins. | 0.00 | Unknown | | 130.48 | FA |
| 9 | Residual Ins. Commission Health Care Services | 0.00 | Unknown | | 3,308.38 | FA |
| 10 | John Hancock | Unknown | Unknown | | 1,562.93 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 767.76 | Unknown |
| 11 | Assets Totals (Excluding unknown values) | **$16,310.80** | **$15,450.00** | | **$36,907.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

PREPARATION OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2008   **Current Projected Date Of Final Report (TFR):**  April 30, 2009

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-05824-JHS | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | METRO RETIREMENT PLANNING SERVICES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | 36-3956704 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/01/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/04/07 | {1} | Charles Johnson | Account Funds | 1129-000 | 24,773.06 | | 24,773.06 |
| 04/04/07 | {1} | Metro Retirement Planning Services, Inc. | Client Funds | 1129-000 | 2,724.30 | | 27,497.36 |
| 04/06/07 | {7} | CNA | commission | 1121-000 | 131.75 | | 27,629.11 |
| 04/06/07 | {4} | John Hancock | Commission payment | 1129-000 | 16.37 | | 27,645.48 |
| 04/06/07 | {4} | John Hancock | Commission payments | 1129-000 | 60.73 | | 27,706.21 |
| 04/06/07 | {4} | John Hancock | Commission payment | 1129-000 | 14.30 | | 27,720.51 |
| 04/06/07 | {4} | John Hancock | commission payment | 1129-000 | 293.36 | | 28,013.87 |
| 04/20/07 | {4} | Genworth Financial | Commision Check | 1129-000 | 107.04 | | 28,120.91 |
| 04/20/07 | {4} | Chicago General Agency | ACCOUNTS RECEIVABLE | 1129-000 | 175.45 | | 28,296.36 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.99 | | 28,316.35 |
| 05/01/07 | {4} | Continental Casualty Company | Commission payment | 1129-000 | 362.97 | | 28,679.32 |
| 05/03/07 | {7} | Continental Casualty Company (CNA) | Commission payment | 1121-000 | 835.96 | | 29,515.28 |
| 05/21/07 | {8} | Med America Insurance Company | Commission payment | 1129-000 | 130.48 | | 29,645.76 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 56.62 | | 29,702.38 |
| 06/18/07 | {4} | John Hancock Life Ins, Co. | Long term Commission payment | 1129-000 | 14.30 | | 29,716.68 |
| 06/29/07 | {7} | CNA | Commision Payment | 1121-000 | 667.35 | | 30,384.03 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.57 | | 30,437.60 |
| 07/03/07 | {4} | JOHN HANCOCK LIFE INSURANCE COMPANY | LONG TERM CARE COMMISSION PAYMENT | 1129-000 | 16.37 | | 30,453.97 |
| 07/09/07 | {4} | JOHN HANCOCK LIFE INSURANCE COMPANY | LONG TERM CARE COMMISSION PAYMENT | 1129-000 | 70.98 | | 30,524.95 |
| 07/23/07 | {4} | John Hancock | Long term care commission | 1129-000 | 49.93 | | 30,574.88 |
| 07/23/07 | {4} | John Hancock | Long term care commission | 1129-000 | 48.60 | | 30,623.48 |
| 07/24/07 | {7} | Continental Casualty Company | their ref #58596 - metro inv.31311232 | 1129-000 | 148.17 | | 30,771.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 60.66 | | 30,832.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 59.44 | | 30,891.75 |
| 09/18/07 | {9} | Health Care Service Corporation | DM Broker 9/7/07 | 1129-000 | 337.94 | | 31,229.69 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.98 | | 31,283.67 |
| 10/18/07 | {9} | Health Care Service Corporation | DM BROK 10.07 | 1129-000 | 185.70 | | 31,469.37 |
| 10/19/07 | {7} | Continental Casualty Company | Commission payment | 1129-000 | 307.09 | | 31,776.46 |
| 10/23/07 | {4} | John Hancock | Long Term Care Commission | 1129-000 | 14.30 | | 31,790.76 |
| 10/23/07 | {4} | John Hancock | Long term care commission | 1129-000 | 50.46 | | 31,841.22 |
| 10/23/07 | {4} | John Hancock | long term care commission | 1129-000 | 238.99 | | 32,080.21 |
| 10/23/07 | {4} | John Hancock | long term care commission | 1129-000 | 16.37 | | 32,096.58 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 64.62 | | 32,161.20 |

Subtotals :   $32,161.20   $0.00

{} Asset reference(s)

Printed: 12/01/2009 03:17 PM   V.11.53

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-05824-JHS  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  
**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  

**Taxpayer ID #:** 36-3956704  
**Period Ending:** 12/01/09  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/07 | {9} | Health Care Services Corp | Broker fee | 1129-000 | 430.78 | | 32,591.98 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 56.16 | | 32,648.14 |
| 12/21/07 | {9} | Health Care Services Corp. | Commission | 1129-000 | 161.10 | | 32,809.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 54.11 | | 32,863.35 |
| 01/18/08 | {9} | Health Care Services Corp | ACCOUNTS RECEIVABLE | 1129-000 | 359.34 | | 33,222.69 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 47.97 | | 33,270.66 |
| 02/21/08 | {9} | Health Care Service Corporation | Commission Payment A/R | 1129-000 | 374.58 | | 33,645.24 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #07-05824<br>Voided on 02/25/08 | 2300-000 | | 69.32 | 33,575.92 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #07-05824<br>Voided: check issued on 02/25/08 | 2300-000 | | -69.32 | 33,645.24 |
| 02/25/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #07-05824 | 2300-000 | | 69.32 | 33,575.92 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 27.27 | | 33,603.19 |
| 03/20/08 | {9} | Health Care Servives Corporation | ACCOUNTS RECEIVABLE | 1129-000 | 416.86 | | 34,020.05 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 25.07 | | 34,045.12 |
| 04/22/08 | {9} | Healoth Care Services Corp. | ACCOUNTS RECEIVABLE | 1129-000 | 168.22 | | 34,213.34 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 19.32 | | 34,232.66 |
| 05/20/08 | {9} | Health Care Service Corporation | ACCOUNTS RECEIVABLE | 1129-000 | 350.22 | | 34,582.88 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 17.55 | | 34,600.43 |
| 06/19/08 | {9} | HEALTH CARE SERVICE CO | COMMISSIONS | 1129-000 | 166.62 | | 34,767.05 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 18.23 | | 34,785.28 |
| 07/22/08 | {9} | Health Care Service Corp. | ACCOUNTS RECEIVABLE | 1129-000 | 357.02 | | 35,142.30 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 18.35 | | 35,160.65 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 17.31 | | 35,177.96 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 19.11 | | 35,197.07 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 16.88 | | 35,213.95 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.54 | | 35,223.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.37 | | 35,230.86 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.33 | | 35,235.19 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.04 | | 35,239.23 |
| 03/09/09 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE | 2300-000 | | 37.61 | 35,201.62 |

Subtotals : $3,147.35 $106.93

{} Asset reference(s)   Printed: 12/01/2009 03:17 PM   V.11.53

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-05824-JHS  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  

**Taxpayer ID #:** 36-3956704  
**Period Ending:** 12/01/09

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*20-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07-05824, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | | | | |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.62 | | 35,206.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.33 | | 35,210.57 |
| 05/06/09 | {10} | John Hancock | Long term care commission | 1129-000 | 1,205.70 | | 36,416.27 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.29 | | 36,420.56 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.77 | | 36,425.33 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.62 | | 36,429.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.63 | | 36,434.58 |
| 09/01/09 | {10} | John Hancock Life Insurance Company | Long term care commission | 1129-000 | 238.99 | | 36,673.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.50 | | 36,678.07 |
| 10/21/09 | {10} | John Hancock | Long term commission payment | 1129-000 | 65.92 | | 36,743.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.51 | | 36,748.50 |
| 11/19/09 | {10} | John Hancock | Commission payment | 1129-000 | 52.32 | | 36,800.82 |
| | | | **ACCOUNT TOTALS** | | 36,907.75 | 106.93 | $36,800.82 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 36,907.75 | 106.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,907.75** | **$106.93** | |

{} Asset reference(s)

Printed: 12/01/2009 03:17 PM    V.11.53

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-05824-JHS  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  

**Taxpayer ID #:** 36-3956704  
**Period Ending:** 12/01/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****20-65** | 36,907.75 | 106.93 | 36,800.82 |
| **Checking # ***-*****20-66** | 0.00 | 0.00 | 0.00 |
| | $36,907.75 | $106.93 | $36,800.82 |

{} Asset reference(s)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-05824-JHS
Case Name: METRO RETIREMENT PLANNING SERVICES
Trustee Name: ALEX D. MOGLIA

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| GE Capital | $ 106.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ALEX D. MOGLIA | $ 4,440.78 | $ 290.03 |
| *Attorney for trustee* | DIMONTE & LIZAK, LLC | $ 10,437.00 | $ 130.47 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | POPOWCER KATTEN, LTD | $ 3,033.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 487,606.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | ComEd Co | $ 709.13 | $ 26.71 |
| 4 | Harris Bank NA | $ 26,112.07 | $ 983.36 |
| 5 | NTX | $ 3,728.37 | $ 140.41 |
| 6 | National Planning Corporation | $ 457,057.01 | $ 17,212.40 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number     Claimant                              Allowed Amt. of Claim     Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**