# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: METRO RETIREMENT PLANNING SERVICES    § Case No. 07-05824-PSH
§
§
Debtor(s)    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, Room 873
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.   A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/09/2010 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  01/05/2010             By:  /s/ALEX D. MOGLIA
                                                                                        Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: METRO RETIREMENT PLANNING SERVICES      §   Case No. 07-05824-PSH
                                                §
                                                §
Debtor(s)                                       §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,216.93 |
| *and approved disbursements of* | $ 106.93 |
| *leaving a balance on hand of* [1] | $ 37,110.00 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| GE Capital | $ 106.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ALEX D. MOGLIA | $ 4,440.78 | $ 290.03 |
| Attorney for trustee | DIMONTE & LIZAK, LLC | $ 10,437.00 | $ 130.47 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD | $ 3,033.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*
N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 487,606.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | ComEd Co | $ 709.13 | $ 26.71 |
| 4 | Harris Bank NA | $ 26,112.07 | $ 983.36 |
| 5 | NTX | $ 3,728.37 | $ 140.41 |
| 6 | National Planning Corporation | $ 457,057.01 | $ 17,212.40 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                           N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                           N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/ALEX D. MOGLIA
                                                              Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dpruitt                Page 1 of 2                   Date Rcvd: Jan 05, 2010
Case: 07-05824                 Form ID: pdf006              Total Noticed: 46

The following entities were noticed by first class mail on Jan 07, 2010.
db           +Metro Retirement Planning Services, Inc.,    C/o Lillian Johnson,,    solely as Independant Adminis,
               18612 Lazy Acre Road,    Lake Villa, IL 60046-6762
aty          +Abraham Brustein, ESQ,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Ira P Goldberg,    DiMonte & Lizak,  LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
tr           +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
11275835     +Arnold G. Salcedo,    6409 Willowlawn Drive,    Wake Forest, NC 27587-7819
11312090     +Ascom Hasler/GE Cap Prog,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
11275836      Ascom Hasler/GE Cap Prog,    P.O. Box 3083,    Cedar Rapids, IA 52406-3083
11275837     +Calvin and Lee Karnstedt,    413 N. Fairview,    Mount Prospect, IL 60056-2031
11275838     +Campus Property Management, Inc.,    P.O. Box 8642,    Rolling Meadows, IL 60008-8642
11275839      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
11275840     +Charles J. Johnson,    c/o Lillian Johnson(admin),    18612 Lazy Acre Road,
               Lake Villa, IL 60046-6762
11275841      Citi Cards,    PO Box 688908,    Des Moines, IA 50368-8908
11275844      DLA Piper US LLP,    Attn: Kenneth Schmetterer,    203 N. LaSalle, Suite 1900,
               Chicago, IL 60601-1293
11275843     +Dean Harbutt,    22 W 052 Glendale Terrace,    Medinah, IL 60157-9618
11275845     +Edward F. Popiolek, Sr.,    423 Wren Lane,    Deerfield, IL 60015-3658
11275846      Emerald Publications,    San Diego, CA 92128-3743
11275847      FIA Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
11275848      Fifth Third Bank-Chicago,    P.O. Box 630778,    Cincinnati, OH 45263-0778
11275849      First Midwest Bank,    Loan Processing Center,    P.O. Box 125,    Bedford Park, IL 60499-0125
11275850     +First Midwest Bank,    300 Park Blvd.,,    Suite 400,    Itasca, IL 60143-2682
11312089     +GE Capital,    1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
11275851      GE Capital,    P.O. Box 3083,    Cedar Rapids, IA 52406-3083
11275853      HSBC,    P.O. Box 4161,    Carol Stream, IL 60197-4161
11275852      Harris Bank,    P.O. 94033,    Palatine, IL 60094-4033
11634713     +Harris Bank NA,    111 W Monroe St -11W,    Chicago IL 60603-4096
11275854      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11275855     +Jackson National Life Insurance,    1 Corporate Way,    Lansing, MI 48951-1001
11275856      Kurland Insurance Agency,    Technology Insurance Company,    5800 Lombardo Center,
               Independence, OH 44131-2550
11275857     +Larsen Marine,    625 Sea Horse Drive,    Waukegan, IL 60085-2189
11275858     +Lawrence T. Fay,    5844 Pepper Drive,    Loves Park, IL 61114-5400
11275859      Lisa M. Salcedo,    59200 D Shadetree Lane,    Raleigh, NC 27613
11275860     +Mary Ellen Fay,    13904 Beulah Drive,    Rockton, IL 61072-3405
11275864     +NTX,    1905 Wright Blvd.,    Schaumburg, IL 60193-4567
11671529      National Planning Corporation,    c/o Kenneth L. Schmetterer,    DLA Piper US LLP,
               203 N. LaSalle St., Suite 1900,    Chicago, IL  60601-1293
11275861     +Nelix,    1340 Remington Rd.,    Suite J,    Schaumburg, IL 60173-4821
11275862     +Neopost,    30955 Huntwood Ave.,    Hayward, CA 94544-7040
11275863      Nicolet Natural,    P.O. Box 085390,    Racine, WI 53408-5390
11275865     +Remington Schaumburg, LLC,    1650 Lake Cook Road,    Suite 130,    Deerfield, IL 60015-4747
11275866     +Robert Downie,    31 Washington Blvd.,    Mundelein, IL 60060-3084
11275867      Sears National Bank,    P.O. Box 6922,    The Lakes, NV 88901-6922
11275868     +Theresia Zimmerman,    64 S Seymour,    Mundelein, IL 60060-2869
11275869      UPS,    P.O. Box 650580,    Dallas, TX 75265-0580
The following entities were noticed by electronic transmission on Jan 05, 2010.
11275842      E-mail/Text: legalcollections@comed.com                            ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
11333845     +E-mail/Text: legalcollections@comed.com                            ComEd Co,    2100 Swift Drive,
               Attn Bankruptcy Section/Rev Management,    Oakbrook IL 60523-1559
11275870     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 06 2010 00:13:23       Verizon Wireless,
               777 Big Timber Road,    Elgin, IL 60123-1401
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Jan 05, 2010
Case: 07-05824                Form ID: pdf006            Total Noticed: 46
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2010**                    **Signature:**        *Joseph Speetjens*