**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: METRO RETIREMENT PLANNING SERVICES     §   Case No. 07-05824-PSH
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,310.80 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $18,784.95 | Claims Discharged Without Payment: $468,930.11 |
| Total Expenses of Administration: $18,438.21 | |

3) Total gross receipts of $ 37,223.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $37,223.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,258.28 | $2,832.28 | $108.48 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,438.21 | 18,438.21 | 18,438.21 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 487,606.58 | 487,606.58 | 18,676.47 |
| **TOTAL DISBURSEMENTS** | $0.00 | $509,303.07 | $508,877.07 | $37,223.16 |

    4)  This case was originally filed under Chapter 7 on April 02, 2007.
. The case was pending for 37 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as   **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2010          By: /s/ALEX D. MOGLIA
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 27,497.36 |
| RESIDUAL INSURANCE COMMISSIONS - JOHN HANCOCK | 1129-000 | 1,550.52 |
| Residual Insurance Commission - CNA | 1121-000 | 2,090.32 |
| Residual Insurance Commission - Med America Ins. | 1129-000 | 130.48 |
| Residual Ins. Commission Health Care Services | 1129-000 | 3,308.38 |
| John Hancock | 1129-000 | 1,862.74 |
| Interest Income | 1270-000 | 783.36 |
| **TOTAL GROSS RECEIPTS** | | **$37,223.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GE Capital | 4210-000 | N/A | 2,832.28 | 2,832.28 | 108.48 |
| Ascom Hasler/GE Cap Prog | 4210-000 | N/A | 426.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $3,258.28 | $2,832.28 | $108.48 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 4,440.78 | 4,440.78 | 4,440.78 |
| ALEX D. MOGLIA | 2200-000 | N/A | 290.03 | 290.03 | 290.03 |
| DIMONTE & LIZAK, LLC | 3210-000 | N/A | 10,437.00 | 10,437.00 | 10,437.00 |
| DIMONTE & LIZAK, LLC | 3220-000 | N/A | 130.47 | 130.47 | 130.47 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 3,033.00 | 3,033.00 | 3,033.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 69.32 | 69.32 | 69.32 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 37.61 | 37.61 | 37.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 18,438.21 | 18,438.21 | 18,438.21 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd Co | 7100-000 | N/A | 709.13 | 709.13 | 27.16 |
| Harris Bank NA | 7100-000 | N/A | 26,112.07 | 26,112.07 | 1,000.15 |
| NTX | 7100-000 | N/A | 3,728.37 | 3,728.37 | 142.81 |
| National Planning Corporation | 7100-000 | N/A | 457,057.01 | 457,057.01 | 17,506.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 487,606.58 | 487,606.58 | 18,676.47 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-05824-PSH  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 04/02/07 (c)  
**§341(a) Meeting Date:** 10/23/01  

**Period Ending:** 05/12/10  
**Claims Bar Date:** 10/12/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 14,000.00 | 14,000.00 | | 27,497.36 | FA |
| 2 | SECURITY DEPOSITS | 1,450.00 | 1,450.00 | DA | 0.00 | 0.00 |
| 3 | CREDIT BALANCE FROM AT&T | 860.80 | 0.00 | DA | 0.00 | 0.00 |
| 4 | RESIDUAL INSURANCE COMMISSIONS - JOHN HANCOCK | 0.00 | Unknown | | 1,550.52 | FA |
| 5 | MISC COMPUTER EQUIPMENT | 0.00 | Unknown | DA | 0.00 | Unknown |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 0.00 | Unknown | DA | 0.00 | Unknown |
| 7 | Residual Insurance Commission - CNA | 0.00 | Unknown | | 2,090.32 | FA |
| 8 | Residual Insurance Commission - Med America Ins. | 0.00 | Unknown | | 130.48 | FA |
| 9 | Residual Ins. Commission Health Care Services | 0.00 | Unknown | | 3,308.38 | FA |
| 10 | John Hancock | Unknown | Unknown | | 1,862.74 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 783.36 | FA |
| 11 | Assets     Totals (Excluding unknown values) | **$16,310.80** | **$15,450.00** | | **$37,223.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

   HEARTING ON FEES AND EXPENSES SET FOR 02-09-2010.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2008       **Current Projected Date Of Final Report (TFR):**   January 5, 2010  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 07-05824-PSH  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  
**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  

**Taxpayer ID #:** **-***6704  
**Period Ending:** 05/12/10  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/07 | {1} | Charles Johnson | Account Funds | 1129-000 | 24,773.06 | | 24,773.06 |
| 04/04/07 | {1} | Metro Retirement Planning Services, Inc. | Client Funds | 1129-000 | 2,724.30 | | 27,497.36 |
| 04/06/07 | {7} | CNA | commission | 1121-000 | 131.75 | | 27,629.11 |
| 04/06/07 | {4} | John Hancock | Commission payment | 1129-000 | 16.37 | | 27,645.48 |
| 04/06/07 | {4} | John Hancock | Commission payments | 1129-000 | 60.73 | | 27,706.21 |
| 04/06/07 | {4} | John Hancock | Commission payment | 1129-000 | 14.30 | | 27,720.51 |
| 04/06/07 | {4} | John Hancock | commission payment | 1129-000 | 293.36 | | 28,013.87 |
| 04/20/07 | {4} | Genworth Financial | Commision Check | 1129-000 | 107.04 | | 28,120.91 |
| 04/20/07 | {4} | Chicago General Agency | ACCOUNTS RECEIVABLE | 1129-000 | 175.45 | | 28,296.36 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.99 | | 28,316.35 |
| 05/01/07 | {4} | Continental Casualty Company | Commission payment | 1129-000 | 362.97 | | 28,679.32 |
| 05/03/07 | {7} | Continental Casualty Company (CNA) | Commission payment | 1121-000 | 835.96 | | 29,515.28 |
| 05/21/07 | {8} | Med America Insurance Company | Commission payment | 1129-000 | 130.48 | | 29,645.76 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 56.62 | | 29,702.38 |
| 06/18/07 | {4} | John Hancock Life Ins, Co. | Long term Commission payment | 1129-000 | 14.30 | | 29,716.68 |
| 06/29/07 | {7} | CNA | Commision Payment | 1121-000 | 667.35 | | 30,384.03 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.57 | | 30,437.60 |
| 07/03/07 | {4} | JOHN HANCOCK LIFE INSURANCE COMPANY | LONG TERM CARE COMMISSION PAYMENT | 1129-000 | 16.37 | | 30,453.97 |
| 07/09/07 | {4} | JOHN HANCOCK LIFE INSURANCE COMPANY | LONG TERM CARE COMMISSION PAYMENT | 1129-000 | 70.98 | | 30,524.95 |
| 07/23/07 | {4} | John Hancock | Long term care commission | 1129-000 | 49.93 | | 30,574.88 |
| 07/23/07 | {4} | John Hancock | Long term care commission | 1129-000 | 48.60 | | 30,623.48 |
| 07/24/07 | {7} | Continental Casualty Company | their ref #58596 - metro inv.31311232 | 1129-000 | 148.17 | | 30,771.65 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 60.66 | | 30,832.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 59.44 | | 30,891.75 |
| 09/18/07 | {9} | Health Care Service Corporation | DM Broker 9/7/07 | 1129-000 | 337.94 | | 31,229.69 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 53.98 | | 31,283.67 |
| 10/18/07 | {9} | Health Care Service Corporation | DM BROK 10.07 | 1129-000 | 185.70 | | 31,469.37 |
| 10/19/07 | {7} | Continental Casualty Company | Commission payment | 1129-000 | 307.09 | | 31,776.46 |
| 10/23/07 | {4} | John Hancock | Long Term Care Commission | 1129-000 | 14.30 | | 31,790.76 |
| 10/23/07 | {4} | John Hancock | Long term care commission | 1129-000 | 50.46 | | 31,841.22 |
| 10/23/07 | {4} | John Hancock | long term care commission | 1129-000 | 238.99 | | 32,080.21 |
| 10/23/07 | {4} | John Hancock | long term care commission | 1129-000 | 16.37 | | 32,096.58 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 64.62 | | 32,161.20 |

Subtotals :  $32,161.20    $0.00

{} Asset reference(s)

Printed: 05/12/2010 02:59 PM    V.12.08

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-05824-PSH  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  

**Taxpayer ID #:** **-***6704  
**Period Ending:** 05/12/10  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/21/07 | {9} | Health Care Services Corp | Broker fee | 1129-000 | 430.78 | | 32,591.98 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 56.16 | | 32,648.14 |
| 12/21/07 | {9} | Health Care Services Corp. | Commission | 1129-000 | 161.10 | | 32,809.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 54.11 | | 32,863.35 |
| 01/18/08 | {9} | Health Care Services Corp | ACCOUNTS RECEIVABLE | 1129-000 | 359.34 | | 33,222.69 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 47.97 | | 33,270.66 |
| 02/21/08 | {9} | Health Care Service Corporation | Commission Payment A/R | 1129-000 | 374.58 | | 33,645.24 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #07-05824 Voided on 02/25/08 | 2300-000 | | 69.32 | 33,575.92 |
| 02/25/08 | 1001 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #07-05824 Voided: check issued on 02/25/08 | 2300-000 | | -69.32 | 33,645.24 |
| 02/25/08 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #07-05824 | 2300-000 | | 69.32 | 33,575.92 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 27.27 | | 33,603.19 |
| 03/20/08 | {9} | Health Care Servives Corporation | ACCOUNTS RECEIVABLE | 1129-000 | 416.86 | | 34,020.05 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 25.07 | | 34,045.12 |
| 04/22/08 | {9} | Healoth Care Services Corp. | ACCOUNTS RECEIVABLE | 1129-000 | 168.22 | | 34,213.34 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 19.32 | | 34,232.66 |
| 05/20/08 | {9} | Health Care Service Corporation | ACCOUNTS RECEIVABLE | 1129-000 | 350.22 | | 34,582.88 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 17.55 | | 34,600.43 |
| 06/19/08 | {9} | HEALTH CARE SERVICE CO | COMMISSIONS | 1129-000 | 166.62 | | 34,767.05 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 18.23 | | 34,785.28 |
| 07/22/08 | {9} | Health Care Service Corp. | ACCOUNTS RECEIVABLE | 1129-000 | 357.02 | | 35,142.30 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 18.35 | | 35,160.65 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 17.31 | | 35,177.96 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 19.11 | | 35,197.07 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 16.88 | | 35,213.95 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.54 | | 35,223.49 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.37 | | 35,230.86 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.33 | | 35,235.19 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.04 | | 35,239.23 |
| 03/09/09 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE | 2300-000 | | 37.61 | 35,201.62 |

Subtotals : $3,147.35   $106.93

{} Asset reference(s)   Printed: 05/12/2010 02:59 PM   V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-05824-PSH  
**Case Name:** METRO RETIREMENT PLANNING SERVICES  
**Taxpayer ID #:** **-***6704  
**Period Ending:** 05/12/10

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #07-05824, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | | | | |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.62 | | 35,206.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.33 | | 35,210.57 |
| 05/06/09 | {10} | John Hancock | Long term care commission | 1129-000 | 1,205.70 | | 36,416.27 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.29 | | 36,420.56 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.77 | | 36,425.33 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.62 | | 36,429.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.63 | | 36,434.58 |
| 09/01/09 | {10} | John Hancock Life Insurance Company | Long term care commission | 1129-000 | 238.99 | | 36,673.57 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.50 | | 36,678.07 |
| 10/21/09 | {10} | John Hancock | Long term commission payment | 1129-000 | 65.92 | | 36,743.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.51 | | 36,748.50 |
| 11/19/09 | {10} | John Hancock | Commission payment | 1129-000 | 52.32 | | 36,800.82 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.67 | | 36,805.49 |
| 12/03/09 | {10} | John Hancock | Long term care commission | 1129-000 | 77.83 | | 36,883.32 |
| 12/03/09 | {10} | John Hancock | Long term care commission | 1129-000 | 32.73 | | 36,916.05 |
| 12/16/09 | {10} | John Hancock Life Insurance Company | Commision payment | 1129-000 | 189.25 | | 37,105.30 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.70 | | 37,110.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.41 | | 37,114.41 |
| 02/11/10 | Int | JPMORGAN CHASE BANK, N.A. | Transfer prior to final distribution | 1270-000 | 1.82 | | 37,116.23 |
| 02/11/10 | | To Account #********2066 | Transfer prior to final distribution | 9999-000 | | 37,116.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,223.16 | 37,223.16 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 37,116.23 | |
| | | | **Subtotal** | | 37,223.16 | 106.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,223.16** | **$106.93** | |

{} Asset reference(s)

Printed: 05/12/2010 02:59 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-05824-PSH | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | METRO RETIREMENT PLANNING SERVICES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-66 - Checking Account |
| Taxpayer ID #: | **-***6704 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/12/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/11/10 | | From Account #********2065 | Transfer prior to final distribution | 9999-000 | 37,116.23 | | 37,116.23 |
| 02/18/10 | 101 | ALEX D. MOGLIA | Dividend paid 100.00% on $4,440.78, Trustee Compensation;  Reference: | 2100-000 | | 4,440.78 | 32,675.45 |
| 02/18/10 | 102 | ALEX D. MOGLIA | Dividend paid 100.00% on $290.03, Trustee Expenses;  Reference: | 2200-000 | | 290.03 | 32,385.42 |
| 02/18/10 | 103 | DIMONTE & LIZAK, LLC | Dividend paid 100.00% on $10,437.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 10,437.00 | 21,948.42 |
| 02/18/10 | 104 | DIMONTE & LIZAK, LLC | Dividend paid 100.00% on $130.47, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 130.47 | 21,817.95 |
| 02/18/10 | 105 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $3,033.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 3,033.00 | 18,784.95 |
| 02/18/10 | 106 | GE Capital | DIVIDEND ON ALLOWED CLAIM # 1 | 4210-000 | | 108.48 | 18,676.47 |
| 02/18/10 | 107 | ComEd Co | DIVIDEND ON ALLOWED CLAIM # 3 | 7100-000 | | 27.16 | 18,649.31 |
| 02/18/10 | 108 | Harris Bank NA | DIVIDEND ON ALLOWED CLAIM # 4 | 7100-000 | | 1,000.15 | 17,649.16 |
| 02/18/10 | 109 | NTX | DIVIDEND ON ALLOWED CLAIM # 5 | 7100-000 | | 142.81 | 17,506.35 |
| 02/18/10 | 110 | National Planning Corporation | DIVIDEND ON ALLOWED CLAIM # 6 | 7100-000 | | 17,506.35 | 0.00 |
| | | | ACCOUNT TOTALS | | 37,116.23 | 37,116.23 | $0.00 |
| | | | Less: Bank Transfers | | 37,116.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 37,116.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $37,116.23 | |

{} Asset reference(s)

Printed: 05/12/2010 02:59 PM    V.12.08

Case 07-05824    Doc 35    Filed 06/28/10    Entered 06/28/10 10:38:27    Desc Main
Document    Page 11 of 11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 07-05824-PSH | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | METRO RETIREMENT PLANNING SERVICES | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******20-66 - Checking Account |
| **Taxpayer ID #:** | **-***6704 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/12/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****20-65** | 37,223.16 | 106.93 | 0.00 |
| **Checking # ***-*****20-66** | 0.00 | 37,116.23 | 0.00 |
| **Checking # 9200-******20-66** | 0.00 | 0.00 | 0.00 |
| | **$37,223.16** | **$37,223.16** | **$0.00** |

{} Asset reference(s)    Printed: 05/12/2010 02:59 PM    V.12.08